# Keller | Postman

June 8, 2026

**<u>VIA ECF</u>**
Ms. Catherine O'Hagan Wolfe
Clerk of Court U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

> Re: *In Re: Acetaminophen – ASD–ADHD Products Liability Litigation*, Case Nos. 26-1302 (L), 26-1556 (CON)

Dear Ms. Wolfe:

 I am lead counsel for Appellants in the above-captioned consolidated appeals. Pursuant to Local Rule 31.2(a)(1)(A), I respectfully request that the deadline for the filing of Appellants' opening brief be set for July 24, 2026. That deadline complies with Local Rule 31.2(a)(1)(B) because it is within 91 days of Appellants' filing of Form D.

 Sincerely,

 /s/ *Warren D. Postman*

 **Counsel for Appellants**